# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-7010**  **September Term, 2023**

1:21-cv-02265-APM

Filed On: November 24, 2023 [2028473]

Conrad P. Smith, et al.,

    Appellees

    v.

Donald J. Trump, solely in his personal capacity,

    Appellant

Donald J. Trump For President, Inc., et al.,

    Appellees

    **BEFORE:**    Srinivasan, Chief Judge, Garcia, Circuit Judge, and Rogers, Senior Circuit Judge

### O R D E R

The court concludes, on its own motion, that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentations in the briefs. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
              Michael C. McGrail
              Deputy Clerk