# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-7010**                       **September Term, 2023**

**1:21-cv-02265-APM**

**Filed On:** February 9, 2024

Conrad P. Smith, et al.,

      Appellees

   v.

Donald J. Trump, solely in his personal capacity,

      Appellant

Donald J. Trump For President, Inc., et al.,

      Appellees

      **BEFORE:**   Srinivasan, Chief Judge; Garcia, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's agreed motion to stay issuance of the mandate pending filing of petition for writ of certiorari, it is

**ORDERED** that the motion be granted. The Clerk is directed to withhold the issuance of the mandate through February 15, 2024. If, within the period of the stay, appellant notifies the Clerk in writing that a petition for writ of certiorari has been filed, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition of the matter. See Fed. R. App. P. 41(d)(2)(B); D.C. Cir. Rule 41(a)(2).

**Per Curiam**

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

            BY:   /s/
                     Daniel J. Reidy
                     Deputy Clerk