# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-7010**                           **September Term, 2023**

1:21-cv-02265-APM

Filed On: February 16, 2024 [2041075]

Conrad P. Smith, et al.,

       Appellees

    v.

Donald J. Trump, solely in his personal capacity,

       Appellant

Donald J. Trump For President, Inc., et al.,

       Appellees

## M A N D A T E

In accordance with the judgment of December 29, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                          BY:    /s/
                                             Daniel J. Reidy
                                             Deputy Clerk

Link to the judgment filed December 29, 2023