IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CONRAD P. SMITH, *et al.*, <br><br> *Appellees*, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> *Appellant,* <br><br> DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*, <br><br> *Appellees.* | No. 23-7010 <br> September Term, 2022 |

## STATEMENT OF ISSUES TO BE RAISED

Whether Appellant Donald J. Trump is absolutely immune from the claims made in this lawsuit.

Dated: February 27, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann
Jason C. Greaves
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930

jesse@binnall.com
molly@binnall.com
*jason@binnall.com*

*Attorneys for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorneys for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*
