## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

CONRAD P. SMITH, *et al.*,

        *Appellees*,

v.

DONALD J. TRUMP,

        *Appellant*,

DONALD J. TRUMP FOR
PRESIDENT, INC., *et al.*,

        *Appellees*.

No. 23-7010
September Term, 2022

## STATEMENT OF INTENT TO UTILIZE
## DEFERRED JOINT APPENDIX

Appellant Donald J. Trump will file an appendix with his brief pursuant to Federal Rule of Appellate Procedure 30 and D.C. Circuit Rule 30(a). Appellant has chosen not to utilize a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c).

Dated: February 27, 2023

Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Molly McCann
Jason C. Greaves

BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
jesse@binnall.com
molly@binnall.com
*jason@binnall.com*

*Attorneys for Donald J. Trump,
Donald J. Trump for President,
Inc., and Make America Great
Again PAC*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Donald J. Trump, Donald J. Trump for President, Inc., and Make America Great Again PAC*