# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-7010** | **September Term, 2022** |
| | **1:21-cv-02265-APM** |
| | **Filed On: April 28, 2023** [1996993] |

Conrad P. Smith, et al.,

    Appellees

  v.

Donald J. Trump, solely in his personal capacity,

    Appellant

Donald J. Trump For President, Inc., et al.,

    Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for a three-week extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 24, 2023 |
| Appendix | May 24, 2023 |
| Appellees' Brief | June 23, 2023 |
| Appellant's Reply Brief | July 14, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk